IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LAURA J. MAUE,**

    **Plaintiff,**

v.                                              Case No. 3:23-CV-03814-NJR

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

# ORDER AWARDING FEES

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Attorney Fees under the Equal Access to Justice Act ("EAJA") filed by Plaintiff Laura J. Maue. (Doc. 21). Plaintiff requests a total attorney's fee award of $1,681.50. (*Id.*). Defendant Commissioner of Social Security filed a response to Plaintiff's motion (Doc. 22) presenting no objection to the request.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the EAJA, 28 U.S.C. § 2412(d)(1)(B). Plaintiff requests $1,681.50, which the Court finds reasonable and appropriate. Thus, Plaintiff's motion (Doc. 21) is **GRANTED**.

Plaintiff is awarded **$1,681.50** for attorney's fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the EAJA, 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-

existing debt to the Government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney, **Matthew F. Richter**, pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **Keller and Keller, Attn. Matthew F. Richter, 2850 North Meridian Street, Indianapolis, Indiana 46208.**

    **IT IS SO ORDERED.**

    DATED: August 21, 2024

                                            **NANCY J. ROSENSTENGEL**
                                            **Chief U.S. District Judge**